IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARVEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOLBRANDS INTERNATIONAL, INC. )<br>and INTEGRATED BRANDS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br><br>NO. 3:02-CV-1290 (PCD) |

STIPULATION OF DISMISSAL

NOW COME CARVEL CORPORATION, plaintiff in the above-captioned matter ("Plaintiff"), and COOLBRANDS INTERNATIONAL, INC. and INTEGRATED BRANDS, INC., defendants in the above-captioned matter ("Defendants"), and, by and through their undersigned counsel of record and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby STIPULATE and AGREE as follows:

(1) that Plaintiff's Complaint in this action, filed on July 26, 2002, and each and every claim and count thereof, be, and they hereby are, DISMISSED WITHOUT PREJUDICE;

(2) that Defendants' Counterclaims in this action, as asserted in the "Answer Of Defendants To Complaint, Affirmative Defenses And Counterclaims," filed on September 13, 2002, and each and every claim and count thereof, be, and they hereby are, DISMISSED WITHOUT PREJUDICE; and

(3)  that each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

SO STIPULATED AND AGREED, this 8th day of March, 2004.

| DAY, BERRY & HOWARD LLP | PULLMAN & COMLEY, LLC |
|---|---|
| /s/ Michael A. Bucci | /s/ James T. Shearin |
| Michael A. Bucci (ct15429) | James T. Shearin (ct01326) |
| CityPlace<br>Hartford, Connecticut 06103<br>Telephone: (860) 275-0100<br>Facsimile: (860) 275-0343 | 850 Main Street<br>Bridgeport, Connecticut 06601<br>Telephone: (203) 330-2240<br>Facsimile: (203) 576-8888 |
| KING & SPALDING LLP | KENYON & KENYON |
| /s/ Bruce W. Baber | /s/ Joseph F. Nicholson |
| Bruce W. Baber (ct24259) | Joseph F. Nicholson (ct24171) |
| 191 Peachtree Street<br>Atlanta, Georgia 30303<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100 | One Broadway<br>New York, New York 10004<br>Telephone: (212) 425-7200<br>Facsimile: (212) 425-5288 |
| Attorneys for Plaintiff<br>CARVEL CORPORATION | Attorneys for Defendants<br>COOLBRANDS INTERNATIONAL, INC.<br>and INTEGRATED BRANDS, INC. |