```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Carvell Corp

V.                                    Case Number:  3:02cv1290(PCD)

Coolbrands International Inc. Et al

**Stipulation for Dismissal of Case**

Doc. # **33**

**ORDERED ACCORDINGLY**


    Dated at New Haven, Connecticut, March 10, 2004.


                           KEVIN F. ROWE, CLERK


                           By: _____
                               Rita Warner
                               Deputy Clerk